UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO N. ACEVES,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>KIA AMERICA, INC.; and DOES 1 through 10,<br><br>　　　　　　　　　Defendant. | Case No.: 22-CV-340 JLS (NLS)<br><br>**ORDER VACATING HEARING ON DEFENDANT'S MOTION TO DISMISS AND MOTION TO STRIKE**<br><br>(ECF Nos. 9, 10) |

　　　Presently before the Court are Defendant Kia America, Inc.'s Motion to Dismiss (ECF No. 9) and Motion to Strike (ECF No. 10). On its own motion, the Court **VACATES** the hearing on these Motions scheduled for June 23, 2022 at 1:30 p.m. and takes the matters under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

　　　**IT IS SO ORDERED.**

Dated: June 17, 2022

　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　United States District Judge